IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: September 4, 2013 |
| Court Reporter:   Kara Spitler | Probation: Robert Ford |

Criminal Action No. 13-cr-00143-RBJ

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                        Matthew Kirsch

    Plaintiff,

v.

JAMES S. GOLOB,                                              Michael Arvin

    Defendant.

## SENTENCING MINUTES

**Court in session:**     8:29 a.m.

Appearances of counsel.

Defendant is present on bond.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Court states its findings and conclusions.

Defendant entered his plea on June 26, 2013 to Count One of the Information.

**ORDERED:**  Motion for Guideline Departure as to Criminal History Point Calculation #[20] is GRANTED.

**ORDERED:**  Defendant's Motion for Sentence Variance #[21] is DENIED.

**ORDERED:**  Defendant shall be **imprisoned** for **a term of 18 months**.

Court RECOMMENDS that defendant receive credit for 1 day spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado, preferably Florence.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding state and federal income taxes. This includes resolution of any tax arrearage as well as continued compliance with state and federal laws regarding the filing of taxes.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) The defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as requested.
- (**X**) The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.
- (**X**) The defendant shall maintain separate personal and business finances and shall

                    not co-mingle personal and business funds in any financial accounts, including but not limited to bank accounts and lines of credit.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall make **restitution** to the victim, Internal Revenue Service, in the amount of **$375,074.00.** Interest on the restitution amount is waived.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** That the defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**     9:20 a.m.

Hearing concluded.

Total time:     00:51